**Electronically Filed
Supreme Court
SCWC-11-0000571
15-APR-2013
08:19 AM**

SCWC-11-0000571

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

JOHN A. PACHECO, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000571; CR. NO. 08-1-245)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Defendant-Appellant John A. Pacheco's

application for writ of certiorari filed on March 8, 2013, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 15, 2013.

Summer M.M. Kupau
for petitioner

Darien W.L.C. Nagata
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

